## Keys *v*. Tingley.

From the Grant Circuit Court.

*R. W. Bailey*, for appellant.

*J. VanDevanter*, *J. F. McDowell* and *G. W. Harvey*, for appellee.

Downey, J.—There is no assignment of errors in this case that presents any question for our decision. See *Cole* v. *Burris*, 38 Ind. 168, and cases cited, and *Ramsey* v. *Randall*, 43 Ind. 549.

The judgment is affirmed, with costs.